398

UNITED STATES of America,
Plaintiff–Appellee

v.

Juan Pablo RODRIGUEZ–FLORES,
also known as Juan Pablo Rodri-
guez, Defendant–Appellant.

No. 09–20741.
Summary Calendar.

United States Court of Appeals,
Fifth Circuit.

July 13, 2010.

James Lee Turner, Assistant U.S. Attor-
ney, U.S. Attorney's Office, Houston, TX,
for Plaintiff–Appellee.

Marjorie A. Meyers, Federal Public De-
fender, Laura Fletcher Leavitt, Assistant
Federal Public Defender, Federal Public
Defender's Office, Houston, TX, for Defen-
dant–Appellant.

Before KING, STEWART, and
HAYNES, Circuit Judges.

PER CURIAM: *

The federal public defender appointed to
represent Juan Pablo Rodriguez–Flores
has moved for leave to withdraw and has
filed a brief in accordance with *Anders v.
California,* 386 U.S. 738, 87 S.Ct. 1396, 18
L.Ed.2d 493 (1967). Rodriguez–Flores has
not filed a response. Our independent
review of the record and counsel's brief
discloses no nonfrivolous issue for appeal.
Accordingly, counsel's motion for leave to
withdraw is GRANTED, counsel is ex-
cused from further responsibilities herein,

* Pursuant to 5TH CIR. R. 47.5, the court has
determined that this opinion should not be
published and is not precedent except under

and the APPEAL IS DISMISSED. *See*
5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR.
R. 47.5.4.